# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2026

Lyle W. Cayce
Clerk

No. 25-30662
Summary Calendar

───────────────

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs ᴏғ Aᴍᴇʀɪᴄᴀ,

*Plaintiff—Appellee*,

*versus*

Dᴇᴍᴀʀᴛɪɴ Hᴀʟʟ,

*Defendant—Appellant*.

───────────────

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:24-CR-166-3

───────────────

Before Sᴍɪᴛʜ, Sᴏᴜᴛʜᴡɪᴄᴋ, and Oʟᴅʜᴀᴍ, *Circuit Judges*.

Pᴇʀ Cᴜʀɪᴀᴍ:[*]

The attorney appointed to represent Demartin Hall has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hall has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

───────────────

[*] This opinion is not designated for publication. *See* 5ᴛʜ Cɪʀ. R. 47.5.

No. 25-30662

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.